RECEIVED
BY MAIL
JUN 10 2005
CLERK, US DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

CR 02-75 ADM/RLE

Robert George Head Jr.

*(Full name of plaintiff(s))*

vs

United States of America

*(Full name of defendant(s))*

**Case Number:**

04-1807

*(Supplied by clerk)*

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Robert G. Head Jr., plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) [ ] single [ ] married [ ] separated [x] divorced.

4. My responses to the following questions are true:

   A. Are you presently employed?
   [x] YES [ ] NO

   1. If so, by whom and what is your pay? United States Bureau of Prisons Varies $5.25-$16.00

   2. If not, when were you last employed and what was your pay? ________



SCANNED
JUN 10 2005
U.S. DISTRICT COURT ST. PAUL

**B.** **Have you received money from any other source in the last twelve months?**
[x] **YES** [ ] **NO**

1. **If yes, describe each source and state how much you received:**

See Attached

**C.** **How much money do you have in private checking or savings accounts?** 0

**D.** **Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (except for ordinary household furnishings and clothing)?**
[ ] **YES** [x] **NO**

1. **If yes, describe the property and its approximate value:**

**E.** **Do you have any debts or obligations?**
[ ] **YES** [x] **NO**

1. **If yes, list the amounts owed, to whom, and any current payments that you are making.**

**F.** **List your dependents, state your relationship to them and state how much you contribute to their support.**

**I declare under penalty of perjury that the foregoing is true and correct.**

**This** 7 **day of** June **, 19**2005

Robert A Head Jr.

**(Signature of plaintiff)**

---

**CERTIFICATE**

**(To be completed for prisoner only. This is a statement by the prison and not the prisoner.)**

**I hereby certify that the plaintiff or petitioner in this action has the sum of $** 20.32 **in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:**

**This** 7 **day of** June **, 19**2005

Becky L. Pease

**(authorized officer)**

FCI Oxford, WI

**(institution)**

Case Manager

**(title)**