**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT GEORGE HEAD, JR.,

Defendant.

Crim. No. 02-75 (1) (ADM/RLE)

**MEMORANDUM AND ORDER**

This matter is presently before the Court on Defendant's application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 175.) However, Defendant's application to proceed IFP is not accompanied by, and does not appear to pertain to, any pleading, petition, appeal or other application for substantive relief. Because Defendant's current application is not related to any other pending substantive proceeding, his request for IFP status will be denied. See United States v. Groce, 838 F.Supp. 411, 413 (E.D.Wis. 1993) ("28 U.S.C. § 1915(a) does not authorize a party to proceed in forma pauperis" when the request is "disencumbered from a pending action"); United States v. Anderson, No. 2:94cr163 (E.D.Va. 1997), 1997 WL 138970 at *1 (Defendant's application for leave to proceed in forma pauperis must be denied where it is "unassignable to any pending action"), aff'd 5 Fed.Appx. 190 (4th Cir. 2001) (not selected for publication).

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Defendant's application to proceed in forma pauperis, (Docket No. 175), is DENIED.

Dated: June 23 , 2005

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Court Judge