UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ROBERT GEORGE HEAD JR.,<br>Defendant. | ) | CN. CR 02-75(01)(ADM/RLE)<br>**MOTION TO REQUEST APPOINTMENT OF ATTORNEY FOR DISCOVERY UNDER RULE 6(A)(b) AND 3006(A)(H)(I)(2)(B)(G) OF FEDERAL RULES CRIMINAL PROCEDURE** |

---

Comes now Robert George Head Jr. defendant, pro se to request this Honorable Court to appoint an attorney as necessary for effective utilization of discovery procedures under Rule 6(A)(b) of F.R.C.P. Which I am prevented from obtaining. According to the memo from Detention Supervisor Dana Lyons and Public Safety Director Patrick Mills(enclosed).

I have sent many Freedom of Information Act requests, letters, and even asked attorney Patrick Noaker to obtain this material many times. He told me "he would get this and any other material needed in my case and he also stated he would go to Redlake with a Federal subpeona if he had to". Which he never did! As a matter of fact Pat Noaker, or his investigator "never" went to Redlake at all, to get pictures, see the alleged crime scene or talk to any of the other material witnesses', who should of also been subpeonaed in the first trial, but weren't,because of the withholding of this very important, exculpatory material, which in turn caused my attorney Doug Olson to coerce and forced me into pleading guilty to something I did not do with intent or without just cause as alleged by the United States government. This has prejudiced me in both trials.

Rule 3006(A)(H)(I)(2)(B)(G) state;

(H) I am entitled to appointment of counsel under the 6th Amendment to the Constitution. I feel I never recieved effective assistance of counsel where this matter is concerned, although there are other issues pertaining to this subject it would be best to explain in the 2255 with the discovery I wasn't allowed because of this

SCANNED JUL 06 2005 U.S. DISTRICT COURT ST. PAUL

issue. Indians are unique when it comes to Federal Law and they should be given an attorney who will represent their intersts as an Indian. Federal Indian Law conflicts with Federal Law and some Statutes. These are overlooked when an Indian goes to trial in the Federal Courts. Most attorneys don't get enough money to go to Red Lake to investigate or talk to witness'. An attorney can't expect to go only once and talk to everyone in a case, but attorneys' should at least go with a federal subpeona to get what they need to get according to the rules of discovery and the 6th Amendment. The government officers of the tribe are allowed to withhold any information and the prosecutor can just say he knows nothing about it. They work together to violate the rights of Indians and if an Indian were to ever bring it up in an appeal(which is also a right) the tribe would get the blame for what the non members are doing to the members. Depriving them of rights in the Federal Court. The agents can then perjure their testimony, threaten or coerce witness', fabricate evidence, destroy evidence, and just make some misdemeanor tribal crime into a federal felony crime. The attorneys' we are given tell us we don't have no rights as an Indian and the Federal government can do whatever they want to us. Without any rules of procedure at all. I'd like to enclose a tribal court transcript to show you a violation of my rights as an Indian. I am also enclosing a copy of a letter Patrick Noaker wrote to me concerning this. This was part of my Myriad of Challenges the 8th Circuit was talking about that I filed Pro Se. Mr Noaker has failed to give me any of my discovery or anything I got him in my case. In his oral arguements he begs the 8th Circuit to reverse my conviction because he did not want to be filed against as ineffective which he was in every way. The discovery will show all the evidence needed to prove all I allege.

(I) I do face loss of liberty for the rest of the most of my life and I do believe I should be entitled to an attorney as Federal Law requires, If not Federal Law, Federal Indian Law.

As stated above Federal Law and Federal Indian Law conflict with each other and a persons rights should be foremost in mind when that person is an Indian. We are protected by three Constitutions yet appear to have less rights than any other person in the United States.