RED LAKE BAND
of CHIPPEWA INDIANS

Red Lake, MN 56671 Phone 218-679-3341 • Fax 218-679-3378

TRIBAL COUNCIL
Organized April 18, 1918
(Revised Constitution & By-Laws, January 6, 1959)

OFFICERS:
BOBBY WHITEFEATHER, Chairman
JUDY ROY, Secretary
DAN KING, Treasurer

DISTRICT REPRESENTATIVES:
FABIAN COOK
DELORES LASLEY
JULIUS "TOADY" THUNDER
ALLEN PEMBERTON
LAWRENCE BEDEAU
HARLAN R. BEAULIEU
CLIFFORD C. HARDY
RUDY W. JOHNSON

ADVISORY COUNCIL:
7 HEREDITARY CHIEFS

CHIEF COUNCIL OF 1889
May-dway-gwa-no-nind
Nah-gaun-e-gwon-abe
Mays-co-co-caw-ay
Ahnah-me-ay-ge-shig
Naw-ay-tah-wowb
Nah-wah-quay-ge-shig

DIVISION:

## RESOLUTION NO. 14-02

Upon a motion by Representative Fabian Cook and second by Representative Harlan Beaulieu, the following was enacted:

**WHEREAS,** the Red Lake Tribal Council is the governing body of the Red Lake Band of Chippewa Indians; and

**WHEREAS,** Public Law 280, a federal grant of jurisdiction to States, clearly exempted the Red Lake Reservation from State Jurisdiction; and

**WHEREAS,** 18 U.S.C.A., 1162 (a) of that act gives the State of Minnesota jurisdiction of criminal law over Indians within their boundaries, EXCEPT, for Indians on the Red Lake Reservation; and

**WHEREAS,** 28 U.S.C.A., 1630 (a) of that act gives the State of Minnesota Jurisdiction of civil law over Indians within their boundaries, EXCEPT, for Indians on the Red Lake Reservation; and

**WHEREAS,** the Indian Civil Rights Act of 1968 provides that no state could assume jurisdiction thereafter without the consent of the Tribe or Tribes concerned; and

**WHEREAS,** 25 U.S.C.A., 1321 (a), 1322 (a), 1326, this consent may only be obtained by a majority vote of the adult Indians of the Tribe in a special election; and

**WHEREAS,** the State of Minnesota has an obligation to give Red Lake full faith and credit, however, Red Lake does not have an obligation to the State of Minnesota full faith and credit; and

**WHEREAS,** the Red Lake Band of Chippewa Indians, in an exercise of its sovereignty, adopted its "Revised Constitution and Bylaws," on October 15, 1958; and

**WHEREAS,** pursuant to Article VI, "Governmental Authorities" section 5, the Red Lake Tribal Council may enact appropriate ordinances "governing conduct of the members of the Band" by various means, including "establishing a police force and a tribal court"; and

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

# RED LAKE BAND
## of CHIPPEWA INDIANS

Red Lake, MN 56671 Phone 218-679-3341 • Fax 218-679-3378

TRIBAL COUNCIL
Organized April 18, 1918
(Revised Constitution & By-Laws, January 6, 1959)

OFFICERS:
BOBBY WHITEFEATHER, Chairman
JUDY ROY, Secretary
DAN KING, Treasurer

DISTRICT REPRESENTATIVE
FABIAN COOK
DELORES LASLEY
JULIUS "TOADY" THUNDER
ALLEN PEMBERTON
LAWRENCE BEDEAU
HARLAN R. BEAULIEU
CLIFFORD C. HARDY
RUDY W. JOHNSON

ADVISORY COUNCIL:
7 HEREDITARY CHIEFS

CHIEF COUNCIL OF 1889
May-dway-gwe-no-nind
Nah-gaun-e-gwon-abe
Mays-co-co-caw-ay
Ahnah-me-ay-ge-shig
Naw-ay-tah-wowb
Nah-wah-quay-ge-shig

DIVISION:

**RESOLUTION NO. 14-02**
**PAGE 2**

**WHEREAS,** Red Lake Tribal Courts were created to promote justice and fairness for members of the Red Lake Band of Chippewa pursuant to the Constitutional mandate "to promote justice, insure tranquility, encourage the general welfare, and safeguard our interests"; and

**WHEREAS,** it is of primary interest of the Red Lake Band to insure the welfare, safety, and well-being of our children; now

**THEREFORE BE IT RESOLVED,** that the Red Lake Tribal Council hereby affirms its sovereign status and its commitment to justice by and through the jurisdiction of the Red Lake Tribal Court; and

**BE IT FURTHER RESOLVED,** that the Red Lake Tribal Council re-affirms its commitment to the membership of the Band, especially the enrolled children and those eligible to be enrolled in the Band, through exercising the complete jurisdiction of the court; and

**BE IT FINALLY RESOLVED,** that the Red Lake Tribal Council shall put any foreign jurisdiction on notice that it will take whatever steps necessary to safeguard the lawful exercise of jurisdiction by the Red Lake Tribal courts and the power bestowed upon the Red Lake Band by Public Law 280 and the Indian Civil Rights Act.

**FOR** : 9
**AGAINST** : 0

We do hereby certify that the foregoing resolution was duly presented and enacted upon at the Regular Meeting of the Tribal Council held on Tuesday, January 8, 2002, with a quorum present, at the Red Lake Nation Headquarters, Red Lake.

Bobby Whitefeather
BOBBY WHITEFEATHER, CHAIRMAN

Judy Roy
JUDY ROY, SECRETARY