B

#163

# RED LAKE NATION TRIBAL COURT
# RED LAKE INDIAN JURISDICTION

The following is a transcript of a Hearing for Robert George Head, Jr and Jeffrey Lee Dolson held on February 13, 2002. Present at said hearing were the following: The Honorable Phillip Smith, presiding; Pamela Needham, Clerk; Michael Klinkhammer, Chief Prosecutor, Donovan Wind, Sr., CI; Jason Lawrence, Sr., CI, Leonard Red Cloud, Police Officer, Robert George Head, Jr., defendant, Jeffrey Lee Dolson, defendant.

M. Klinkhammer; I'll need to make copies for the defendants.

Judge: We're talking on Robert Head, Jr. and Jeffrey Dolson.

M. Klinkhammer: and Alana Brown.

Judge: What do you have for the Court? We don't have anything, that's why we're…

M. Klinkhammer: We have to make copies, Your Honor, we just got them completed.

Robert Head, Jr.: Can I get a copy of my, copy of my criminal complaint here to take with me?

M. Klinkhammer: Do you mean the original one?

Robert Head, Jr.: Yes, the police report, I've been here for three weeks and I just got the police report.

Jeffrey Dolson: I didn't even get a police report.

M. Klinkhammer: You need to talk to your, whose your attorney?

Robert Head, Jr.: I don't have any.

Jeffrey Dolson: They didn't give me one. They just told me to come in here, (inaudible), they read it any way and sent me back there with no bail.

Robert Head, Jr.: And no attorney's.

M. Klinkhammer: Do you have counsel?

Robert Head, Jr.: No

Jeffrey Dolson: No.



I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK
SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

Clerk: George was representing himself at the last hearing.

Judge: Okay, wait, have a chair you can have your discussion later, alright. We're going to get to the matter of this, alright. Uh, we'll have, let me hear on Jeffrey Dolson. Mr. Lawrence, or uh, Prosecution, what do you have on this?

M. Klinkhammer: Your Honor, we have a complaint that enumerates that there is, we have a complaint, they have advised that there is uh, a arrest for, a federal arrest warrant for him and uh, enumerates the federal charges, those charges are felonies, Your Honor. Under the code, that any Indian that resides upon or comes to the Indian Reservation who is wanted in Federal Court, State Court or another jurisdiction for Gross Misdemeanor, Felony offense or for a violation of any condition of release for such offense, which shall be evidenced warrant for arrest, which has been provided, Your Honor, shall be charged under this section with the offense of being a fugitive from justice and upon conviction of the Court shall Order the offender held or turned over to the Federal, State or other Reservation of Officers. We have here the Federal warrant, Your Honor, we have the felony charges provided, under the provisions of the Tribal Code, he is a fugitive from justice and applying those provisions, uh, the request for Extradition should be granted.

Judge: Where is your complainant?

M. Klinkhammer: The complainant is Jason Lawrence.

Judge: Mr. Lawrence, uh, Court has a question, sir. Are you here as a Tribal Officer or Federal Officer?

J. Lawrence, Sr.: I believe I'm here as a…

Robert Head, Jr.: Can we see the complaint?

Judge: Just a minute, I'm talking alright.

J. Lawrence, Sr.: I'm a criminal investigator for the Tribe.

Judge: For the Tribe. Your not a Federal Officer?

J. Lawrence, Sr.: I'm recognized as a Federal Officer, yes.

Judge: Are you a Federal Officer, I'm asking you.

J. Lawrence, Sr.: Yes, I am.

Judge: Are you a Federal Officer?

J. Lawrence, Sr.: Yes.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK

Judge: Can you provide this Court with your credentials, sir?

J. Lawrence, Sr.: I've got 'em in my car.

Judge: You see, the Code requires that a complainant, well I don't have to explain a complainant to you, uh, the Fed people, just like the State, I require the State to come in here and provide and show me that these two are fugitive from justice, alright. You just got this warrant. There's no way they can be a fugitive from justice right now. I'm trying to give you some insight here, alright. The Code also requires criminal intent here. By that, coming onto the Reservation, meaning they have to be on the outside of the Reservation, come onto the Reservation to avoid prosecution. That's what the definition of fugitive from justice is. These two are not fugitives from justice. But, I'm going to Order Extradition anyway, but I would appreciate, Mr. Federal Officer, the next time you go down to see the U.S. Attorney, you tell him, never again to threaten me, to throw me in jail because I'm doing my job down here. That's what, in fact, he did to both of us here, to throw us in jail for not sending these two down there. 'Cause two can play that game, I'll put that right on record, two can play that game. He may be a U.S. Attorney, but I know a lot of U.S. Attorney's and U.S. Judges, so two can play that game. Your Order for Extradition is granted. You may take these two gentlemen away, alright. The time limit for their prosecution is suspended until they return, I'll put a retainer on them with those people so that we can bring them back, alright. We'll hear Alana Brown, also.

M. Klinkhammer: Thank you, Your Honor.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK

RED LAKE NATION TRIBAL COURT
RED LAKE INDIAN JURISDICTION

February 13, 2002

**CRIMINAL CASES** **ASSOC. JUDGE PHILLIP SMITH PRESIDING**

Case No. 02K00325
Robert G. Head, Jr.

Charge: Extradition of Offenders
Complainant: Jason Lawrence, Sr.
HEARING
Defendant was brought before the Court with the following people present in the courtroom; M. Klinkhammer, J. Lawrence, Sr., L. Red Cloud, Jeffrey Dolson (defendant) and Robert G. Head, Jr. (defendant). Prosecution advised the court that Extradition has been requested, handed the Judge a complaint which had not been recorded with the Clerk and contained no file number on it (number given after Court and clerk attempted to deliver a copy to the defendant at LEC, but was advised that he had already been transported, copies were given to J. Lawrence, Sr.). Defendant R. Head, Jr. was not read his rights, given a copy of said complaint, nor was the defendant given an opportunity to enter a plea. Court Ordered Extradition into Federal Custody.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK