# Department of Public Safety
# Law Enforcement Services

RED LAKE NATION

PO Box 959, Hwy. 1 E.
Red Lake, MN 56671-0959

Phone: 218-679-3313
Fax: 218-679-2194

Date: December 4, 2002

To: Shirley Cain, Chief Judge/Court Administrator

From: Dana J. Lyons Sr. Detention Supervisor
Patrick Mills, Director

Re: Documents of Robert Head

We are unable to make copies of our logs regarding Robert Head, if this is his request he must have his attorney file a subpoena or court order from his jurisdiction as we have a privacy act regarding other individuals information recorded on our daily logs.

All documents requested from the Department of Public Safety can only be released with the approval of Director Patrick Mills. If you have any questions, feel free to contact him at anytime.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK



SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

March 13, 2002

Robert G. Head, Jr.
C/O Sherburne County Jail
13880 Highway 10 NW
Elk River, Mn 55330-4609

Dear George:

Please find enclosed a transcript of the February 13, 2002 hearing for Extradition that you requested. Also find a copy of the criminal complaint, copy of the warrant for arrest, Court Order for Extradition.

If you need anything else, please contact me at this office.

Pamela Needham, Clerk of Court
Red Lake Nation Tribal Court

Enclosures

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MATERIAL ON FILE IN THIS OFFICE.
COURT CLERK