**Investigative and Legal Assistance, Inc.**

**Mark Jaszewski**
INVESTIGATOR

D

**MEMORANDUM**

**To:** Patrick Noaker
**From:** Mark Jaszewski
**Date:** January 27, 2003
**Re:** Robert George Head

**INVESTIGATION**

I contacted and interviewed numerous individuals regarding information they have concerning the United States District Court criminal case of your client, Robert George Head. I directed much of my questioning of these individuals towards any knowledge they had regarding a witness in Mr. Head's case by the name of Alana Lee (Lonnie) Brown. The following is a summary of the information I received from these individuals I contacted.

Karen Nadeau - I spoke to Karen Nadeau on 12/19/02 by calling her at her home at (218) 679-2731. Ms. Nadeau told me that Alana Brown was a family friend to her and her daughter, Connie Nadeau. Karen Nadeau mentioned that she is the godmother of Ms. Brown's first child.

Karen Nadeau told me that the friendship of Alana to Connie was fine for a while, however, she then suspected Alana of taking drugs and introducing drugs to Connie. Then, Karen told me, Alana befriended Karen's first husband and was using him to obtain drugs and money. I asked what kind of drugs were we talking about and Karen replied that is was crack cocaine. Karen stated that Alana would hang around Karen's husband even though there was a large age difference and the reason for this was to manipulate him for money so that she could buy drugs. Karen suspected that this was the reason and told Alan to stay away from her husband and daughter. Karen said that Alana was very hostile and violent and she was afraid of Alana and how she might hurt her. Karen said that she was threatened by Alana numerous times. Karen told me that she never touched Alana but was persistent in asking Alana to stay away from her family. Karen even obtained a restraining order so that Alana wouldn't be able to get near her to hurt her. Karen told me that Alana violated that restraining order immediately and continuously. Karen told me that all this occurred in the late 1990s.

Connie Nadeau - I spoke to Connie Nadeau on the same day I spoke to her mother, Karen, at the same number. Connie acknowledged everything that her mother told me about Alana Brown as being the truth. Connie said that Alana has threatened and harassed her and her mother, Karen, many,many times. Connie said that she has been with Alana when Alana has lied, and done criminal acts, throughout the late 1990s, including burning down a house in Little ~~Fork~~ Rock, MN.

EXHIBIT
2

A 158

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

__Mary Head__ - Mary is the sister of Karen Nadeau and work's at a women's shelter in Red Lake, MN. I spoke to Mary on 12/21/02 at her home at (218) 679-2427. Mary said that Alana was in the women's shelter shortly after the incident involving George Head on January 19, 2002. Mary said that she spoke to Alana who told Mary that on the night of the incident when she was with George Head, Alana had consumed ten or twelve beers and smoked crack cocaine. Mary said that Alana stated that she didn't know what was going on at all that whole night.

Mary told me that she knows and has heard from many others that Alana is a manipulator. Mary doesn't acquaint herself with Alana or her kind but has said that many other people in the Red Lake area have made comments about Alana and how she is not a very good person.

__Donald Cook__ - I spoke to Donald Cook at his home at (218) 679-2771 on 12/26/02 and 1/9/03. Mr. Cook is an ex-court administrator for the Red Lake Indian Reservation. Mr. Cook stated that because of his position as court administrator he had come across Alana Brown's name many times concerning criminal activity within the Indian Reservation. Mr. Cook said that this criminal activity by Alana Brown began from when she was a juvenile. Mr. Cook also told me that Alana has made numerous complaints to the court that turned out to be false.

__Eleanor Smith__ - I spoke to Eleanor Smith on 1/27/03 at her home at telephone number (218) 679-2990. Eleanor told me that Alana Brown had tried to sell her some EBT stamps that Eleanor found out later had been stolen. This occurred about two or three years ago, Eleanor stated. Eleanor first gave Alana some money then once she found out that the stamps were stolen asked for her money back. However, Alana never returned Eleanor's money to Eleanor. Eleanor told me that she knows firsthand that Alana steals and has heard this from numerous others in the Red Lake area.

__Dave Cobenais__ - I spoke to Dave Cobenais at his home at (218) 679-2776 on 1/27/03. Mr. Cobenais informed me that he had been stabbed with a knife by Alana Brown. This occurred in 2002 in Mr. Cobenais's house with Mr. Cobenais's son present. Mr. Cobenais said that this was no accident and that Alana had been waving the knife around just prior to him being stabbed in the back and shoulder. Mr. Cobenais said that Alana went crazy and he was trying to get her out of his house when the stabbing occurred. Mr. Cobenais signed a complaint with the Red Lake Police Department who had arrived to investigate. Mr. Cobenais said he would associate with Alana Brown from that point on for his own safety.

I could not obtain any complaints, arrest records, or criminal records that occurred in the Red Lake Indian Reservation regarding Alana Lee Brown. This is not a jurisdiction where the general public or an investigator can have access to and my attempts were prohibited. However, I was able to obtain a recent Initial Complaint Record on Ms. Brown, occurring on 12/25/02 in which Ms. Brown was arrested in Cass County for 5th Degree Assault and Disorderly Conduct. That ICR from the Cass County Sheriff Department is included with my report.