E



address it now rather than later. It's -- it's my intention to subpoena the medical records of the victims in this case. And I've had this go several ways both in state and federal court because obviously when I subpoena victims' records I usually end up with a Motion to Quash and an issue related to privilege, usually ending up in some in-camera review. And I don't -- not quite sure the Court has a position on what you want me to do. Do I just file an additional motion or do I go ahead and subpoena the records and then have a hearing on it? I've been told sometimes I can't subpoena, I've got to do a motion. I'll do it either way, if you have a position; otherwise, I'll just take it up through a subpoena or a motion.

THE COURT: On occasion it strikes me it's sometimes a question of which judge should be reviewing it. Is it -- is it a motion in limine or is it a pretrial motion? If -- if there is -- let me say the issue's been joined in a sense that you both know where your positions are and yet you have to have a resolution of that issue. I think a motion would be the appropriate way of doing it. I can address it then. The difficulty with doing that is it doesn't foreclose the possibility that the medical



SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

institution would object to the disclosure, but I've never seen a medical institution that stood in the way of a federal subpoena or a federal order, for that matter. So I think a motion for either the government to produce what documents it has, if the government has documents, or a motion for the issuance of Rule 17 subpoenas.

MR. OLSON: Thank you.

THE COURT: Thank you. Okay. Mr. Rapaich, would you like to make a record with respect to the discovery motions, the Motion to Sever and then you have a Motion to Dismiss or to Strike.

MR. RAPAICH: I have nothing further regarding the discovery motions, and I join in Mr. Olson's request and his -- we purport the same arguments he did.

With regard to severance, I think Jeffrey Dolson's situation is a lot different than Mr. Head's. Jeffrey Dolson's only charged with one of the assaults. There are two assaults that allegedly took place. Mr. Head is alleged to have been involved in both of them. Mr. Head was found at the scene. Jeffrey Dolson was not. The only thing tying Jeffrey Dolson into this case is some testimony or some statements by a co-defendant. It think he would