BP-S328.058 **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 94

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: Ms. Joann Head<br>2432 Ogema Pl. Apt. 203<br>Minneapolis, MN 55404-4038 | FROM: Federal Correctional Institution Florence<br>P.O. BOX 6000<br>Florence, CO 81226 |

| | | |
|---|---|---|
| INMATE'S NAME: **HEAD, Robert** | REGISTER NUMBER: **10319-041 M/A** | DATE:11-17-2003 |

(Check One)

Material Returned

___ You enclosed with your correspondence stamps or stamped items that cannot be given to the inmate.

___ You enclosed with your correspondence an incorrectly prepared negotiable instrument. (Negotiable instruments require the inmate's committed name and register number.)

X You enclosed unauthorized material:

___ Body Hair

___ Plant Shavings

___ Sexually Explicit Personal Photos

X Other - specify below

___ The below material cannot be inspected without damage

___ Electronic Musical Greeting Card

___ Padded Card

___ Double Faced Polaroid Photos

___ Other - specify below

(This section of the form is for local use only)

___ Books, newspapers and magazines Must come directly from a publisher, bookstore or book club. **(Newspaper clippings are not authorized).**

___ Excess Books (Limit is 5)

___ Excess Magazines (Limit is 3)

___ Stickers, adhesive labels.

___ Excessive photographs (Limit is 25)

The correspondence or letter has, however, been provided to the inmate with a copy of this notice.

Specific Material Returned: **Under Program Statement 1351.05. Release of Information, inmates are prohibited from possessing any documents concerning another inmate.**

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL

(Printed or Typed Name and Written Signature of Legal Technician)

S.Pryor, Inmate Systems Officer SLP

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File; Copy - Central File.

(This form may be replicated via WP) Replaces BP-328(58) of JAN 91