Kim Anderson *
Victoria Anderson
Courtney Barrett *

Alana Brown
Marie lee Brown *
Erwin Clicker
David Cobenais
Robbie Charrette
Sheri Clark
Vanessa Jane Cloud *
Tyler Cloud
Alicia Cloud
Charlie Charnoski Jr.
Maynard Cloud
Clarice Cloud
Sara Cloud
Ashley Cobenais
Kathy Chaboyea
Jeff Dolson
Stacy Downwind
Hope De Marrais
Darlene Fajardo
Cory Fisherman
Clinton Donnell
Janet Head
Mary Head
Sondra Hegstrom
Gloria Hill

Jerilyn Graves *
Bonita Hill
Vincent Hill

Stacy Hardy
Tessy John son
Myron Jones
Paul Jourdain
Emmy Lou Johnson
Gerald Kingbird
Jason Jones
Myron Kingbird **
Doug Kingbird
Kyle Kingbird
Cheryl Keezer **
Tim Livingston
Nicole Lugeunesse
Emery Loud **
Cody Loud **
Derek La Duke
Arlin Lussier
Kelly Maxwell **
Patricia Mountain **
David Martin **
Jacob May
Polly Mc Masters **
Roderick McKenzie **
Karen Neadeau *
Marcus Neadeau **

Connie Neadeau
Theresa Neadeau
Pat Owens *

Sheldon Perkins
Neal Perkins
Sasha Perkins
Jessi Rabbit
Natalie Smith
Marilyn Smith
Scott Smith
Mark Smith
Sharon Smith *
Clinton Smith
Michael Smith
Richard Smith
Eleanor Smith *
Tory White *
Leatrice Waybenais
Jeremy Wind
Lynda White *
Dr. Leone Olson FNP **
Dr. David Cruz

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL