4

## TRIAL PROCEEDINGS

### 406.01 Rights of Defendant in Criminal Cases

No persons shall twice be put in jeopardy for the same offense, nor shall he be compelled in any criminal case to be a witness against him/her/herself. The defendant shall have the right to a speedy and public trial, the right to be confronted with witnesses against him/her, the right to assistance of counsel at his own expense and if he cannot afford the services of counsel then one shall be appointed for him/her and the right to demand trial by an impartial jury if the offense, or combination of offenses charged is punishable by incarceration.

### 406.02 Trial Procedure

**Subdivision 1. Rules of Evidence.** The rules of evidence to be followed by the Court and all other details of the judicial procedure may be set out in rules of the Court.

**Subdivision 2. Defendant Present.** The defendant shall be present in Court at every stage of the trial, including impanelling the jury, return of the verdict, and imposition of the sentence.

**Subdivision 3. Witnesses; Documentary Evidence.** All testimony of the witnesses shall be given orally under oath in open court and subject to the right of cross examination. Documentary and tangible evidence shall also be received in open court and available to the defendant.

**Subdivision 4. Proof Beyond a Reasonable Doubt.** The defendant is presumed to be innocent. The prosecution has the burden of proving the defendant's guilt beyond reasonable doubt, including the fact that a crime has actually been committed, and that the defendant committed it with the requisite intent, when intent is an element of the offense.

**Subdivision 5. Order of Presentation.** The prosecution shall represent its case first, followed by the case of the defendant. If rebuttal is required, the prosecution shall proceed first, followed by the defendant.

**Subdivision 6. Order of Final Argument.** At the conclusion of the evidence, the prosecution and defendant each in turn shall summarize the proof and make final argument, with the prosecution having the right of final rebuttal.

**Subdivision 7. Tribal Documents.** All records relating to statements or confessions of the defendant, or reports of physical, mental, or other scientific tests or examinations relating to or performed on the defendant, when in possession or control of the Tribe, shall be open to inspection by the defendant.

**Subdivision 8. Interpreters.** At any time in the trial process, the Judge may appoint an interpreter of his selection and may fix the reasonable compensation of such

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL