3



Regarding the issue of improprieties in the extradition hearing from the Red Lake reservation to federal custody. In Sahagian v. United States, 864 F.2d 509, (7th Cir. 1988), the court determined that since extradition is not a criminal proceeding, the usual constitutional rights that attach to criminal proceedings do not apply to extradition hearings. In your case, this means that even though you were not given an attorney, or the right to consult with an attorney, as well as any other constitutional infractions that occurred at this so called "hearing", you don't have the right to those constitutional guarantees during the extradition hearing. As a result, even though what occurred at this extradition hearing would have been unconstitutional had they occurred in a criminal hearing, federal law does not prohibit such conduct.

Regarding the speedy trial issue, the Government has 70 days to conduct a trial after a case is formally remanded from the Court of Appeals. See 18 U.S.C. § 3161. If the Government fails to do so, the Indictment may be dismissed without prejudice, meaning the Government has the right to re-file the charges at any time. Your case was formally remanded on 10/30/03. I asked for a continuance related to the vision issue on 1/8/04 - 69 days after the case was remanded. As I told you before, the remedy for violation of the Speedy Trial Act is generally dismissal without prejudice. Had we waited for the 70 days to expire and then moved for dismissal of the Indictment, the Government would have simply gone back to the grand jury that week and obtained another Indictment against you. I believed then and still believe now that it was in your best interest that I be healthy and prepared to conduct your trial. The continuance allowed that to occur. In any case, this is an issue to be considered in a § 2255 Motion, not a direct appeal.

I hope that this is helpful in explaining why I did not include certain information in your appeal brief. Feel free to write to me with any questions.

Sincerely,

Patrick W Noaker

Patrick Noaker
patrick@andersonadvocates.com

PN:ed

Enclosures

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL