Richard D. Sletten,
Clerk of Court
U.S. District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Mn. 55415

19 September 2005

RECEIVED
BY MAIL
SEP 22 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Re. U.S.a. v. Robert George Head, Case 02CR075 (ADM/RLE)

SEP 23 2005
U.S. DISTRICT COURT

Dear Mr. Sletten:

I am the defendant, in the case entitled above, for which I have constantly asked my attorney, Patrick W. Noaker, St. Paul, MN, the defence attorney of record, to provide me with the docket sheets for the trial court, also the Brady, Bruton, Rovario, Rules 12, 16, 404, Jencks and other discovery materials which he has failed to do.

I ask that you, please, provide me a copy of the district Court docket sheets as soon as possible, for this case is pending review by the United States Court of Appeals, Eighth Circuit, with me personal, not pro-se, brief due, on 10 October, 2005, as Co-Counsel. I realize you cannot provide me the discovery, because that is my attorneys direct responsibility to do, while I only mentioned it to let this letter be put into the Court's file noting Patrick W. Noaker, attorney at Law, creates constructive claims of

constitutional violations as incompetent counsel and ineffective representation in violation of the Sixth Amendment.

And, furthermore, my most substantial good faith reason for mentioning Mr. Noaker in this letter is due to my desire to file a letter somewhere in public files reading: Patrick W. Noaker, Attorney At Law, Is A Jerk!

My I, please, receive my docket sheet page as soon as possible. Thank you; I am

Respectfully,

Robert Head Jr.

Robert George Head
Registry No. 10319-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI. 53952

cc
Clerk, C.O.A. 8th Cir.