202 9603C

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 8, 2006

FILED
MAR 17 2006
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Robert George Head, Jr.
v. United States
No. 05-9566
(Your No. 04-1807)

CR 02-75(1) ADM/RLE

RECEIVED BY MAIL
APR 12 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 24, 2006 and placed on the docket March 8, 2006 as No. 05-9566.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

SCANNED
APR 13 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
MAR 17 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT