# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED
BY MAIL
MAY 15 2006
CLERK, US DIST COURT
ST. PAUL, MN

William K. Suter
Clerk of the Court
(202) 479-3011

April 17, 2006

204 3 9 54

FILED
APR 20 2006
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-75(1) ADM/RLE

Re: Robert George Head, Jr.
v. United States
No. 05-9566
(Your No. 04-1807)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
MAY 15 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
APR 20 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT