UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-75(ADM/RLE)
CIVIL NO. 06-3873(ADM)

ROBERT GEORGE HEAD, JR.,

Petitioner, ORDER

v.

UNITED STATES OF AMERICA,

Respondent.

---

Petitioner has filed a Motion to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255.

IT IS HEREBY ORDERED that the United States shall respond on or before November 17, 2006, to the Motion to Vacate Under 28 U.S.C. § 2255.

Dated: October 11, 2006.

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT