# Document Removed

# Filed In Error