UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-3873 (ADM)
Criminal No. 02-75(ADM/RLE)

| | | |
|---|---|---|
| ROBERT GEORGE HEAD, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The above-entitled matter is before the Court pursuant to Respondent's request for enlargement of time.

Based on Respondent's Motion, and all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

Respondent shall have until December 22, 2006, to respond to Petitioner's Section 2255 Petition.

Dated: November 16, 2006 s/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court
District of Minnesota