UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-3873 (ADM)
Criminal No.: 02-CR-75(1)

| | | |
|---|---|---|
| ROBERT GEORGE HEAD, JR., | ) | |
| | ) | |
| Petitioner, | ) | MOTION FOR ENLARGEMENT |
| | ) | OF TIME TO RESPOND TO |
| v. | ) | PETITIONER'S HABEAS PETITION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Respondent, through its attorneys, Rachel K. Paulose, United Attorney for the District of Minnesota, and David M. Genrich, Assistant United States Attorney, moves the Court for an enlargement of time in which to respond to Petitioner's Section 2255 habeas petition.

The government's response is due on November 17, 2006. Government counsel respectfully requests an extension to, and including, December 22, 2006, to prepare and file its response.

Petitioner initially filed an eighty-eight page Petition that claims to state eleven grounds for relief. Many of the grounds for relief are broadly-stated and may encompass several claims. The Petition is accompanied by a separate twenty-two page "Affidavit" of Petitioner and a substantial Addendum. This initial submission was then supplemented by Petitioner with a set of "Suggestions," which Respondent received on or about November 3, 2006.

The form and breadth of the Petition, Affidavit, Addendum, and supplemental "Suggestions" require additional time to prepare a response. In addition, Respondent's trial counsel in this matter

is currently on assignment and unavailable; the undersigned did not participate in the pretrial or trial proceedings, many of which underlie Petitioner's claims for relief. Accordingly, discerning Petitioner's claims, reviewing the record of proceedings, and formulating responses is requiring additional time.

Based on all the files, records, and proceedings herein, and the reasons stated above, Respondent respectfully requests an extension of time to December 22, 2006, to file its response to Mr. Head's Petition.

Respectfully submitted,

Dated: November 17, 2006

RACHEL K. PAULOSE
United States Attorney

s/ David M. Genrich

BY: DAVID M. GENRICH
Assistant U.S. Attorney
Attorney ID No. 0281311