**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2006, I served, or caused to be served, the following documents:

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S HABEAS PETITION**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Robert George Head, Jr
10319-041
FCI
PO Box 1000
Oxford, WI 53952-1000

RACHEL K. PAULOSE
United States Attorney

s/ Nichol Berg

BY: NICHOL BERG
Legal Assistant