# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Robert G. Head Jr.
#10319-041
Federal Correctional Institution
P.O. Box 1000
Oxford, Wisconsin 53952

RACHEL K. PAULOSE
United States Attorney

s/ Nichol Berg

BY: NICHOL BERG
Legal Assistant