UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-75(ADM/RLE)

ROBERT GEORGE HEAD, JR.,

Petitioner,

AMENDED ORDER

v.

UNITED STATES OF AMERICA,

Respondent.

---

The above titled case is before the Court for a Motion to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255. Petitioner requests that he be allowed additional time to file a Traverse Brief in response to the government's brief. IT IS HEREBY ORDERED that this request is GRANTED. Petitioner shall have until January 29, 2007, to file an additional brief.

Dated: January 16, 2007.

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT