# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

January 18, 2007

Robert Head, Jr.
No. 10319-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

Re: United States of America v.
Robert George Head, Jr.
Criminal No. 02-75

Dear Mr. Head:

I have received your letter of January 14, 2007, stating you have not received the government's response to your 2255 Petition. Although the docket reflects that service was made by mail on December 22nd, I am enclosing another copy. Recently I issued an order allowing you until January 29th to respond to the government's memorandum. Due to the delay in your receipt of the government's response, you may file your brief to the government's response on or before February 7, 2007.

Very truly yours,

Ann D. Montgomery

Enclosure