# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

January 31, 2007

Robert Head, Jr.
No. 10319-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

Re: United States of America v.
Robert George Head, Jr.
Criminal No. 02-75 ADM/RLE

Dear Mr. Head:

I have received your letter of January 25, 2007, requesting additional time to respond to the government's brief. Your request is granted and your response is now due April 6, 2007.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery

cc:
David Genrich, AUSA