UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-75(ADM/RLE)

ROBERT GEORGE HEAD, JR.,

Petitioner,

ORDER

v.

UNITED STATES OF AMERICA,

Respondent.

---

Petitioner has, by letter and by motion, requested a further extension of the briefing schedule in the above-titled matter. (Docket No. 201). After a review of the files and records herein, IT IS HEREBY ORDERED THAT this Motion is GRANTED and the following briefing schedule shall apply.

1. Petitioner shall file a response to the Government's brief on or before April 13, 2007.

2. The Government shall file a response to Petitioner's supplement on or before April 13, 2007.

3. The Petitioner shall file a response to the Government's response on or before April 20, 2007.

4. The matter will be taken under advisement when this briefing is completed.

Dated: April 5, 2007

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT