**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Robert George Head, Jr.,

Defendant.

**MEMORANDUM OPINION AND ORDER**
Criminal No. 02-75(1) ADM/RLE
Civil No. 06-3873 ADM

---

David M. Genrich, Esq., Assistant United States Attorney, Minneapolis, MN, on behalf of Plaintiff.

Robert George Head, Jr., *pro se*.

---

This matter is before the undersigned United States District Judge pursuant to Defendant Robert George Head, Jr.'s Motion for Extension of Time [Docket No. 207] to file a motion for reconsideration of this Court's Order [Docket No. 206] denying Defendant's 28 U.S.C. § 2255 Motion. After reviewing Defendant's Motion for Extension of Time and the grounds stated therein, the Court finds that the Motion should be denied.

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time [Docket No. 207] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 20, 2007