# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Robert George Head, Jr. CR 02-75 (1) ADM/RLE
2. Defendant and Address: Robert George Head, Jr.
   Reg No. 10319-041
   P.O. Box 1000
   Oxford WI 53952
3. Date of verdict: (x) N/A, appealing Order by Judge Montgomery denying defendant's 2255 motion
4. Appealing: (x) Order denying 2255 motion
5. Sentence: Custody of BOP for months, yrs supervised released, spec assmt of $
6. Date sentence imposed:
7. Defendant incarcerated? (x) Yes
8. Financial Status: Fee paid? (x) N/A Counsel previously appointed
9. Notice of Appeal was filed on 9/21/07
10. Court Reporter: n/a, no hearing held
11. Trial Counsel: n/a, Notice of Appeal filed by the defendant Pro Se
12. Trial counsel was: (x) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal?
13. Assistant U.S. Attorney: David M. Genrich PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:
15. Additional Comments:

Prepared by: lg