**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff-Appellee,

v.

Robert George Head, Jr.,

Defendant-Appellant.

Crim. No. 02-75 (1) (ADM/RLE)
Civil No. 06-3873 (ADM)

**MEMORANDUM AND ORDER**

This matter is presently before the Court pursuant to Defendant's "Motion To Amend Original 28 U.S.C. § 2255." (Docket No. 213.) Defendant is seeking leave to amend his original § 2255 motion in this matter, which was filed on September 28, 2006. (Docket No. 186.) That motion has been fully-briefed, and it was denied by this Court's order dated July 9, 2007. (Docket No. 206.) On September 21, 2007, Defendant filed a Notice of Appeal, (Docket No. 209), seeking appellate review of the Court's ruling on his § 2255 motion. The District Court record for this case has been forwarded to the Eighth Circuit Court of Appeals, and the matter is presently pending before that Court.

The filing of a notice of appeal "'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" United States v. Ledbetter, 882 F.2d 1345, 1347 (8th Cir. 1989), quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam). Therefore, "while an appeal is pending, the district court may not reexamine or supplement the order being appealed." State ex rel. Nixon v. Coeur D'Alene Tribe, 164 F.3d 1102, 1106 (8th Cir. 1999), cert. denied, 527 U.S. 1039 (1999).

In this case, Defendant is asking the Court to allow him to amend his § 2255 motion. He obviously is hoping that the Court will find some merit in whatever new claims or arguments he is attempting to raise, and that the Court will then reexamine and reverse the order denying his § 2255 motion. However, Defendant has already appealed the order denying his § 2255 motion, and his Notice of Appeal divested this Court of jurisdiction to review that order. Therefore, Petitioner's motion to amend must be summarily denied for lack of jurisdiction. See Ching v. United States, 298 F.3d 174, 180, n. 5 (2nd Cir. 2002) (district court lacked jurisdiction over motion to amend § 2255 petition while appeal was pending because "[t]he filing of the notice of appeal divested the district court of jurisdiction over [the petitioner's] original § 2255 motion").

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Petitioner's "Motion To Amend Original 28 U.S.C. § 2255," (Docket No. 213), is DENIED.

Dated: October 31, 2007

s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Court Judge