**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 07-3348

---

Robert George Head, Jr.,

Petitioner - Appellant

v.

United States,

Respondent - Appellee

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-03873-ADM)

---

**JUDGMENT**

Before SMITH, BENTON, and SHEPHERD, Circuit Judges

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

July 01, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans