**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 07-3348

Robert George Head, Jr.,

Appellant

v.

United States,

Appellee

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-03873-ADM)

---

**MANDATE**

In accordance with the judgment of 07/01/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 09, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit